NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Ronnie Arenas (State Bar No. 309674)
KELLEY DRYE & WARREN LLP
350 South Grand Avenue, Suite 3800
Los Angeles, California 90071
Telephone: (213) 547-4900
Facsimile: (213) 547-4701
rarenas@kelleydrye.com

ATTORNEY(S) FOR: Petitioner Bellridge Capital, LP

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| BELLRIDGE CAPITAL, LP | CASE NUMBER: |
|---|---|
| Plaintiff(s), v. | 2:22-mc-00136-PA-PDx |
| RAMY EL-BATRAWI | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for    BELLRIDGE CAPITAL, LP
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Bellridge Capital, LP | Plaintiff in underlying litigation |
| Bellridge Capital LLC | General partner of Bellridge Capital, LP |
| Bay Private Equity, Inc. | Sole limited partner of Bellridge Capital, LP |
| Boris (Robert) Klimov | Managing partner of Bellridge Capital, LP and sole member of Bellridge Capital LLC |

July 29, 2022
Date

/s/ Ronnie Arenas
Signature

Attorney of record for (or name of party appearing in pro per):

Petitioner Bellridge Capital, LP