**KELLEY DRYE & WARREN LLP**
Ronnie Arenas (State Bar No. 309674)
350 South Grand Avenue, Suite 3800
Los Angeles, CA  90071
Telephone:  (213) 547-4900
Facsimile:   (213) 547-4901
rarenas@kelleydrye.com

**KELLEY DRYE & WARREN LLP**
William S. Gyves (*pro hac vice*)
Randall L. Morrison (*pro hac vice*)
3 World Trade Center
175 Greenwich Street
New York, NY  10007
Telephone: (212) 808-7800
wgyves@kelleydrye.com
rmorrison@kelleydrye.com

Attorneys for Petitioner
Bellridge Capital, LP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELLRIDGE CAPITAL, LP, <br><br> Petitioner, <br><br> v. <br><br> RAMY EL-BATRAWI, <br><br> Respondent. | Case No.:  2:22-mc-00136-PA-PD <br><br> **STIPULATION RE DISMISSAL OF MISCELLANEOUS PROCEEDING** |

Petitioner Bellridge Capital, LP ("Bellridge Capital") and respondent Ramy El-Batrawi, by and through their respective counsel of record, respectfully submit this stipulation and [proposed] order re dismissal of this miscellaneous action. The stipulation is based on the following developments:

1. On October 6, 2022, El-Batrawi produced documents in response to the subpoena in question.
2. Accordingly, Bellridge Capital respectfully withdraws its Notice of Motion to Compel Compliance with Subpoena Pursuant to LR 37-2 and FRCP 45 (ECF 1).
3. The parties respectfully submit that in light of the withdrawal of Bellridge Capital's motion, this miscellaneous proceeding can now be closed without further action by the Court.

| | | |
|---|---|---|
| 1 | Dated: October 10, 2022 | Respectfully submitted, |
| 2 | RICHARDS CARRINGTON, LLC | KELLEY DRYE & WARREN LLP |
| 3 | | |
| 4 | By: *George B. Newhouse, Jr.* | By: /s/ William S. Gyves |
| 5 | George B. Newhouse, Jr. | William S. Gyves |

William S. Gyves
(*pro hac vice*)
Randall L. Morrison
(*pro hac vice*)
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone: (973) 503-5950
wgyves@kelleydrye.com
rmorrison@kelleydrye.com

545 S. Figueroa Street, Seventh Floor
Los Angeles, CA 90012
george@richardscarrington.com

Attorneys for Respondent
Ramy El-Batrawi

KELLEY DRYE & WARREN LLP
Ronnie Arenas (State Bar No. 309674)
350 South Grand Avenue, Suite 3800
Los Angeles, CA 90071
Telephone: (213) 547-4900

Attorneys for Petitioner
Bellridge Capital, LP