**KELLEY DRYE & WARREN LLP**
Ronnie Arenas (State Bar No. 309674)
350 South Grand Avenue, Suite 3800
Los Angeles, CA 90071
Telephone: (213) 547-4900
Facsimile: (213) 547-4701
rarenas@kelleydrye.com

**KELLEY DRYE & WARREN LLP**
William S. Gyves (*pro hac vice*)
Randall L. Morrison (*pro hac vice*)
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
wgyves@kelleydrye.com
rmorrison@kelleydrye.com

Attorneys for Petitioner
Bellridge Capital, LP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELLRIDGE CAPITAL, LP,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RAMY EL-BATRAWI,<br><br>　　　　　Respondent. | Case No.: 2:22-mc-00136-PA-PD<br><br>**[PROPOSED] ORDER DISMISSING MISCELLANEOUS ACTION**<br><br>[Concurrently Filed/Lodged With: Stipulation Re Dismissal of Miscellaneous Proceeding] |

The Court having reviewed Petitioner Bellridge Capital, LP's and Respondent Ramy El-Batrawi's stipulation to withdraw the pending motion to compel compliance with subpoena pursuant to Local Rule 37-2 and Federal Rule of Civil Procedure 45 and **GOOD CAUSE APPEARING THEREFOR**:

IT IS HEREBY ORDERED THAT this miscellaneous proceeding is hereby dismissed and closed with each side to bear its own fees/costs.

IT IS SO ORDERED

Dated: _____          _____

　　　　　　　　　　　　　　Hon. PATRICIA DONOHUE

　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE