1  **KELLEY DRYE & WARREN LLP**
   Ronnie Arenas (State Bar No. 309674)
2  350 South Grand Avenue, Suite 3800
   Los Angeles, CA 90071
3  Telephone:  (213) 547-4900
   Facsimile:   (213) 547-4701
4  rarenas@kelleydrye.com

5  **KELLEY DRYE & WARREN LLP**
   William S. Gyves (*pro hac vice*)
6  Randall L. Morrison (*pro hac vice*)
   3 World Trade Center
7  175 Greenwich Street
   New York, NY 10007
8  Telephone:  (212) 808-7800
   Facsimile:   (212) 808-7897
9  wgyves@kelleydrye.com
   rmorrison@kelleydrye.com
10

11 Attorneys for Petitioner
   Bellridge Capital, LP

12
13               **UNITED STATES DISTRICT COURT**
14               **CENTRAL DISTRICT OF CALIFORNIA**
15

16 BELLRIDGE CAPITAL, LP,           Case No.: 2:22-mc-00136-PA-PD

17           Petitioner,
                                    **ORDER DISMISSING**
18    v.                            **MISCELLANEOUS ACTION**

19 RAMY EL-BATRAWI,                 [Concurrently Filed/Lodged With:
                                    Stipulation Re Dismissal of Miscellaneous
20           Respondent.            Proceeding]

21
22
23
24
25
26
27
28

[PROPOSED] ORDER DISMISSING MISCELLANEOUS ACTION

1 | The Court having reviewed Petitioner Bellridge Capital, LP's and Respondent Ramy El-Batrawi's stipulation to withdraw the pending motion to compel compliance with subpoena pursuant to Local Rule 37-2 and Federal Rule of Civil Procedure 45 and **GOOD CAUSE APPEARING THEREFOR**:

IT IS HEREBY ORDERED THAT this miscellaneous proceeding is hereby dismissed and closed with each side to bear its own fees/costs.

IT IS SO ORDERED

Dated: October 11, 2022   _____
Percy Anderson
UNITED STATES DISTRICT JUDGE